IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR114 |
| | ) | |
| vs. | ) | |
| | ) | |
| JUAN DIAZ-DIAZ AND | ) | ORDER |
| ARELI GARCIA, | ) | |
| | ) | |
| Defendants. | | |

This matter is before the court on the defendant, Areli Garcia's unopposed Motion to Continue Trial [56]. Counsel needs additional time to work out a resolution of this matter. The court has been informed by counsel that co-defendant, Juan Diaz-Diaz does not object to the requested continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [56] is granted, as follows:

1. The jury trial, **for both defendants**, now set for April 4, 2022, is continued to **July 18, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **July 18, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** March 24, 2022

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge